UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80417-RAR

**LA POTENCIA, LLC** and
**YC52, LLC** d/b/a **CHANDLER BATS**,

      Plaintiffs,

v.

**DAVID CHANDLER**, *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on the Parties' Renewed Joint Stipulation for Dismissal with Prejudice, [ECF No. 344]. The Court having carefully reviewed the Renewed Joint Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own attorneys' fees and costs. Pursuant to the Parties' respective settlement agreements, the Court will reserve and retain jurisdiction to enforce the terms of the Parties' settlement agreements.

**DONE AND ORDERED** in Miami, Florida this 4th day of November, 2024.

                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**